IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MELANI C. DEER, | ) | CIVIL 11-00574-LEK-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LEAR SEIGLER SERVICES, URS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 23, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDING AND RECOMMENDATION DENYING DEFENDANT'S MOTION FOR ATTORNEYS' FEES," docket entry no. 28, are adopted as the opinion and order of this Court.

//

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, November 8, 2012.



    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**MELANI C. DEER V. LEAR SEIGLER SERVICES, URS; CIVIL NO. 11-00574 LEK-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**